JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>RENEE LEE, AKA KAROLYN R. LEE,<br><br>   Defendant | No. 2:13cv9045<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Renee Lee, aka Karolyn R. Lee, in the principal amount of $750.00 plus interest accrued to November 29, 2013, in the sum of $1,775.38; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$2,525.38**.

DATED: 1/22/14                By: _____TERRY NAFISI_____
                                       Clerk of the Court

                                   _____
                                         Deputy Clerk
                                   United States District Court